# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., ) | |
|        Plaintiff, ) | Case No. 2:16-cv-02178-JCM-GWF |
| vs. ) | **ORDER** |
| SATICOY BAY LLC SERIES 4109 LIBERAL, ) *et al.*, ) | |
|        Defendants. ) | |

This matter is before the Court on the parties' Proposed Discovery Plan and Scheduling Order (ECF No. 22), filed on January 5, 2017. The Court grants the 179 day discovery period as proposed by the parties, but denies without prejudice the parties' request for a stay pending a ruling on Defendant Saticoy Bay LLC Series 4109 Liberal's Motion to Dismiss and pending the resolution of the NRED mediation. The Court will reconsider the parties' request if the Court is provided with more information regarding the NRED mediation and the potential length of the stay. The Court denies the request for a stay pending a resolution in *Bourne Valley Court Trust v. Wells Fargo Bank*. Accordingly,

**IT IS HEREBY ORDERED** that the following discovery plan and scheduling order dates shall apply:

    1.    Last date to complete discovery: **April 28, 2017**

    2.    Last date to amend pleadings and add parties: **January 27, 2017**

    3.    Last date to file interim status report: **February 27, 2017**

    4.    Last date to disclose experts: **February 27, 2017**

    5.    Last date to disclose rebuttal experts: **March 29, 2017**

    6.    Last date to file dispositive motions: **May 30, 2017**

7.  Last date to file joint pretrial order: **June 29, 2017**.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

**IT IS FURTHER ORDERED** that the parties' request for a stay pending a ruling on Defendant Saticoy Bay LLC Series 4109 Liberal's Motion to Dismiss and pending the resolution of the NRED mediation is **denied without prejudice**.

DATED this 9th day of January, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge